# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Alvin George West Jr., § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | Civil Action H-21-2395 | |
| § | | |
| Kilolo Kijakazi, § | | |
| Acting Commissioner of the Social § | | |
| Security Administration, § | | |
| *Defendant*. § | | |

## ORDER OF ADOPTION

On August 26, 2022, Magistrate Judge Peter Bray recommended that Alvin West Jr.'s motion for summary judgment be denied and Defendant's cross-motion for summary judgment be granted. (D.E. 18.) Plaintiff filed objections. (D.E. 19.) Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed. The court will issue a separate final judgment.

Signed on September 12, 2022, at Houston, Texas.

David Hittner
United States District Judge